# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| DENISE CARROLL | ) | |
| 120 West Hamburg Stree | )t | |
| Baltimore, MD 21230 | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| AT&T  Government Solutions | ) | |
| 7125 Gateway Drive | ) | Case No. |
| Columbia, MD 21046 | ) | |
| | ) | |
| *Defendant,* | ) | |
| | ) | |

## COMPLAINT

Plaintiff Denise Carroll, by and through her attorneys, Karl-Henri Gauvin, Esq. and The Gauvin Law Firm, files this Complaint against AT&T as follows:

## INTRODUCTION

1.      This is a civil rights complaint for discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000, *et seq.* ("Title VII") and State Law Claims,

2.      The plaintiff was a Lead Logistics Analyst for AT&T and was employed since 2018. During this time, Plaintiff had been assigned menial tasks compared to her male, white younger counterparts, had been passed on promotions and received a salary less than her male counterparts.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction of Plaintiff's federal claims pursuant to 28 U.S.C. sec 1331 and 1343.

4.      Venue is proper under 28 U.S.C. sec. 1391 because all of the conduct complained of occurred within this District.

## PARTIES

5.      Plaintiff Carroll is an adult resident of the State of Maryland.  From 2018 through February 2023, Ms. Carroll was employed by AT&T Government Solutions.

6.      Defendant AT&T has a facility in the State of Maryland  located at 7125 Columbia Gateway Drive, Columbia, MD 21046.

## PROCEDURAL BACKGROUND

7.      Plaintiff Denise Carroll exhausted her administrative remedies at the Equal Employment Opportunity Commission.

8.      The U.S. Equal Opportunity Commission ("EEOC") found reasonable cause to believe violations of Title VII occurred.  The EEOC issued Ms. Carroll a Notice of Right to Sue.  A true and correct copy of that notification is attached as **Exhibit A.**

9.      This Complaint is being filed within 90 days of Ms. Carroll's receipt of the EEOC Notice of Right to Sue.

## ALLEGATIONS OF FACT

10.      In 2018, AT&T hired Ms. Carroll as a Lead Logistics Analyst in its 7125 Columbia Gateway Drive, Columbia, MD 21046 location.   In her role as a Lead Logistics Analyst, Ms. Carroll was responsible for logistics and inventory of the equipment used by the technicians. Pursuant to the Employee Handbook her job description was as follows:

> Manage depot of various equipment types and maintain inventory for disbursement. Answer phones, order supplies, receive inventory, and enter data into system for creation of tickets and maintaining records. Performs physical and administrative tasks involved in the shipping, receiving, storing and distributing of materials, parts, supplies and equipment in assigned area. Tracked routine logistic transactions using appropriate recording systems; route merchandise to meet inventory requirements. Contact vendors and facilities management personnel regarding routine orders to ensure proper shipping/receiving of supplies according to business needs. Reviewed, verified, corrected

and entered inventory transactions. Ensured transactions were prepared in accordance with established guidelines and standards. Assisted staff, users and other departments with requests. Researched requests and provided information to assist in resolving issues related to locations of assets.

Despite the outlined description of Ms. Carroll's responsibilities, Ms. Carroll was forced to perform menial tasks as trash removal and open monitor boxes for the technicians.

11.     On February 28, 2023, Ms. Carroll was discharged from her employment from AT&T on allegations of fraud, not fulfilling her tasks, and misuse of leave.  Some fabrications to justify Ms. Carroll's dismissal included being AWOL, abusing sick leave and not proper accounting for time.

## COUNT I

### TITLE VII - DISCRIMINATION AND RETALIATION ON THE BASIS OF SEX

12.     Ms. Carroll reallages the foregoing paragraphs as though fully set forth herein

13.     Ms. Carroll is a member of a protected class on the basis of sex.

14.     Ms. Carroll, in all respects, was performing her job in a manner that was consistent with AT&T's legitimate business expectations.

15.     AT&T discriminated against Ms. Carroll as described above, including but not limited to harassing her, subjecting her to a hostile work environment, denying her promotions and firing her.  That Ms. Carroll was asked to take out the trash as if it were part of her job; she was subjected to being put into a subservient role. That her male colleagues,  Loydd Tyson, Dan Baker, Josh Mills, Doug Will, and Sam Fitzerald were never tasked with menial duties outside of their job descriptions.

16.     AT&T also retaliated against Ms. Carroll as described above.

17.     AT&T's actions were taken with a willful and wanton disregard of Ms. Carroll's right under Title VII.

## COUNT II

### SECTION 1981- DISCRIMINATION AND RETALIATION ON THE BASIS OF RACE

18.    Ms. Carroll reallages the foregoing paragraphs as though fully set forth herein

19.    Ms. Carroll is a member of a protected class on the basis of race; she is an African American woman.

20.    Ms. Carroll, in all respects, was performing her job in a manner that was consistent with AT&T's legitimate business expectations.

21.    AT&T discriminated against Ms. Carroll as described above, including but not limited to harassing her, subjecting her to a hostile work environment, denying her promotions and firing her.  That Ms. Carroll was asked to take out the trash as if it were part of her job; she was subjected to being put into a subservient role.  Dan Baker, Josh Mills, Doug Will, and Sam Fitzgerald were never tasked with menial duties.

22.    AT&T also retaliated against Ms. Carroll as described above.

23.    AT&T's actions were taken with a willful and wanton disregard of Ms. Carroll's right under Title VII.

24.    As a direct and proximate result of saud unlawful employment practices and in disregard of Ms. Carroll's rights and sensibilities, Ms. Carroll has suffered humiliation, degradation, emotional distress, other consequential damages, and lost wages,

## COUNT III

## DISCRIMINATION AND RETALIATION ON THE BASIS OF AGE

25.    Ms. Carroll reallages the foregoing paragraphs as though fully set forth herein

26.    Ms. Carroll is a member of a protected class on the basis of age; she is sixty-eight (68) years old.

27.    Ms. Carroll, in all respects, was performing her job in a manner that was consistent with AT&T's legitimate business expectations.

28.    AT&T discriminated against Ms. Carroll as described above, including but not limited to harassing her, subjecting her to a hostile work environment, denying her promotions and firing her.  That Ms. Carroll was asked to take out the trash as if it were part of her job; she was subjected to being put into a subservient role.  That Lloyd Tyson, Dan Baker,Josh Mills, Doug Will, Kelly Lombard and Sam Fitzgerald were not subjected to that treatment.

29.    AT&T also retaliated against Ms. Carroll as described above.

30.    AT&T's actions were taken with a willful and wanton disregard of Ms. Carroll's right under Title VII.

31.    As a direct and proximate result of saud unlawful employment practices and in disregard of Ms. Carroll's rights and sensibilities, Ms. Carroll has suffered humiliation, degradation, emotional distress, other consequential damages, and lost wages,

## COUNT IV

## WRONGFUL TERMINATION

32.    Ms. Carroll reallages the foregoing paragraphs as though fully set forth herein

33.    That Ms. Carroll was terminated in contravention to the policies and procedures outlined in the employee handbook.

34.    As a direct and proximate result of saud unlawful employment practices and in disregard of Ms. Carroll's rights and sensibilities, Ms. Carroll has suffered humiliation, degradation, emotional distress, other consequential damages, and lost wages,

Dated December 29, 2023

Respectfully submitted,

*Karl-Henri Gauvin*
KARL-HENRI GAUVIN, Esquire
Bar. No. 16926
The Gauvin Law Firm
Suite 410
1120 N Charles Street
Baltimore, MD 21201

## AFFIDAVIT

I HEREBY CERTIFY that the facts and allegations contained in the foregoing are true and correct to the best of my knowledge, information, and belief.

*Denise Carroll*

_____

Denise Carroll